IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOE LEE BROWN, JR.                                                                                    PLAINTIFF

           v.                              Civil No. 11-5059

SHERIFF TIM HELDER                                                                                  DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Joe Lee Brown, Jr., filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on March 8, 2011.  His complaint was filed *in forma pauperis*.

At the time he filed the complaint, Plaintiff was an inmate of the Washington County Detention Center.  Plaintiff was advised that he had an obligation to immediately notify the Court of any change in his address (Doc. 3).  He was advised that failure to inform the Court of a change of address could result in the dismissal of this case.

On January 6, 2012, an order was entered (Doc. 8) directing Plaintiff to complete, sign, and return an addendum to the complaint.  Plaintiff was advised that failure to respond to the order could result in the dismissal of the case.

The Court's order (Doc. 8) was returned as undeliverable with a notation that Plaintiff was no longer at the detention center.  Plaintiff has not communicated with the Court and no other address for the Plaintiff appears in the file.

I therefore recommend the complaint be dismissed on the grounds Plaintiff has failed to prosecute this action and obey the rules of the Court requiring him to keep the Court informed of his address. *See* Fed. R. Civ. P. 41(b).

**Plaintiff has fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely**

**objections may result in waiver of the right to appeal questions of fact. Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 7th day of February 2012.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE